**Ballard Spahr LLP**

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Fax: 212.223.1942
DaleyA@ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

July 13, 2021

*By Electronic Filing*

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jaimy Pena, individually and on behalf of all others similarly situated, v. ARS National Services Inc., Case No. 1:21-CV-04571 (S.D.N.Y.)

Dear Judge Torres:

On behalf of Defendant ARS National Services Inc. ("ARS" or "Defendant"), I write to request a two-week extension of Defendant's time to answer or otherwise respond to Plaintiff's Complaint in the above-referenced action. Plaintiff's counsel has consented to the proposed extension.

Defendant's answer or other response is currently due on July 16, 2021, and the proposed extension would adjourn that deadline until July 30, 2021. This is the second request for an extension and the proposed extension would affect the deadline set forth in the initial pretrial scheduling order. The parties request that the deadline to submit the joint Case Management Plan be extended until August 13, 2021.

This motion is made in good faith and for a proper purpose, and good cause supports the motion. The parties are engaging in discussions regarding Plaintiff's claims and their respective positions. Thus, the extension serves the interests of the Court and the parties and may help preserve judicial resources.

Thank you for your consideration of this request.

---

GRANTED in part, DENIED in part. Defendant shall answer or otherwise respond to the complaint by **July 30, 2021**. The parties' request to extend the case management plan deadline is DENIED.

SO ORDERED.

Dated: July 14, 2021
New York, New York

ANALISA TORRES
United States District Judge