**Ballard Spahr LLP**

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/29/2021__

Fax: 212.223.1942
DaleyA@ballardspahr.com

July 28, 2021

*By Electronic Filing*

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Jaimy Pena, individually and on behalf of all others similarly situated, v. ARS National Services Inc., Case No. 1:21-CV-04571 (S.D.N.Y.)

Dear Judge Torres:

On behalf of Defendant ARS National Services Inc. ("ARS" or "Defendant"), I write to request a two-week extension of Defendant's time to answer or otherwise respond to Plaintiff's Complaint in the above-referenced action. Plaintiff's counsel has consented to the proposed extension.

Defendant's answer or other response is currently due on July 30, 2021, and the proposed extension would adjourn that deadline until August 13, 2021. This is the third request for an extension and the proposed extension would affect the deadline set forth in the initial pretrial scheduling order. The parties request that the deadline to submit the joint Case Management Plan be extended until August 13, 2021.

This motion is made in good faith and for a proper purpose, and good cause supports the motion. The parties are engaging in discussions regarding Plaintiff's claims and their respective positions. Thus, the extension serves the interests of the Court and the parties and may help preserve judicial resources.

Thank you for your consideration of this request.

GRANTED.

SO ORDERED.

Dated: July 29, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge