# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Fax: 212.223.1942
DaleyA@ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2021

August 24, 2021

*By Electronic Filing*

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jaimy Pena, individually and on behalf of all others similarly situated, v. ARS National Services Inc., Case No. 1:21-CV-04571 (S.D.N.Y.)

Dear Judge Torres:

On behalf of Defendant ARS National Services Inc. ("Defendant"), I write to request an additional two-week extension of Defendant's time to answer or otherwise respond to Plaintiff's Complaint in the above-referenced action. Plaintiff's counsel has consented to the proposed extension.

This motion is made in good faith and for a proper purpose, and good cause supports the motion. The parties require additional time to coordinate with their respective clients and obtain the necessary documentation to resolve this matter without further assistance from the Court. Thus, the extension serves the interests of the Court and the parties and may help preserve judicial resources.

Defendant's answer or other response is currently due on August 27, 2021, and the proposed extension would adjourn that deadline until September 10, 2021. This is the fifth request for an extension and the proposed extension would affect the deadline set forth in the initial pretrial scheduling order. The parties request that the deadline to submit the joint Case Management Plan be extended until September 10, 2021.

Thank you for your consideration of this request.

---

GRANTED. Should the parties fail to finalize their settlement in principle by September 10, 2021, the Court is inclined to enter an order closing the case without prejudice to reopening within 30 days, absent a showing of good cause why such an order should not be entered.

SO ORDERED.

Dated: August 26, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge