USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JAIMY PENA, individually and on behalf of all others similarly situated,

    Plaintiff,

-v-

ARS NATIONAL SERVICES INC.,

    Defendant.

Civil Case Number: 1:21-cv-04571-AT

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 31, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-04571-AT**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 31st day of August, 2021.**

_____
ANALISA TORRES
United States District Judge